# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  TRAVANTE EUBANKS                )    Chapter  13
                                        )
                                        )    No.  22-05530
                                        )
                    Debtor(s)           )    Judge Janet S. Baer

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on July 14, 2023_____, at ___9:30AM___, I will appear before the Honorable _Janet S. Baer_____, or any judge sitting in that judge's place, **either** in courtroom __615__ of the Everett McKinley Dirksen United States Courthouse    , .219 S. Dearborn Street, Chicago, IL 60604_____, **or** electronically as described below, and present the motion of _Debtor_____[to/for] _Modify Plan_____, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is __160 731 2971__, and the passcode is __587656__.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ Vaughn A. White _____

Vaughn A. White
White Law Offices, PC
954 W. Washington Blvd, Suite 625'
Chicago, IL 60607
312-888-0131
vaughn@vaughnwhite.com

## CERTIFICATE OF SERVICE

I, <u>Vaughn A. White</u>, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on <u>June 15, 2023</u>, at <u>5:00PM</u>.


<u>/s/ Vaughn A. White</u>
[Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-05530<br>Northern District of Illinois<br>Eastern Division<br>Fri Oct 28 13:05:42 CDT 2022 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | BMW Bank of North America<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Capital Accounts<br>Attn: Bankruptcy<br>Po Box 140065<br>Nashville, TN 37214-0065 |
| Chimef/str<br>Attn: Bankruptcy<br>Po Box 417<br>San Francisco, CA 94104-0417 | Credit Acceptance<br>Attn: Bankruptcy<br>25505 West 12 Mile Road Ste 3000<br>Southfield, MI 48034-8331 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| (p)CREDITORS' DISCOUNT & AUDIT CO    CDA<br>ATTN KEN ARMSTRONG<br>415 E MAIN ST<br>PO BOX 213<br>STREATOR IL 61364-0213 | Travonte S. Eubanks<br>1101 Iroquois Ave<br>Unit 1216<br>Naperville, IL 60563-1425 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Iroquois Club Apartments<br>1101 Iroquois Avenue<br>Naperville, IL 60563-9370 | Robert A. Kahn<br>Sanford Kahn, Ltd.<br>180 N. LaSalle Street<br>Suite 2025<br>Chicago, IL 60601-2612 |
| Koalafi<br>PO Box 5518<br>Glen Allen, VA 23058-5518 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | NCB Management Services, Inc.<br>One Allied Drive<br>Trevose, PA 19053-6945 |
| Regional Recovery Services, Inc.<br>Attn: Bankruptcy<br>Po Box 3333<br>Munster, IN 46321-0333 | Source Receivables Mgmt, Llc<br>Attn: Bankruptcy Dept<br>Po Box 4068<br>Greensboro, NC 27404-4068 | Spring Oaks Capital SPV, LLC<br>P O Box 1216<br>Chesapeake, VA 23327-1216 |
| (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Trustmark Recovery Services<br>Attn: Bankruptcy<br>833 West Lincoln Hwy<br>Schererville, IN 46375-1676 |
| Westcreek Fi<br>Attn: Bankruptcy<br>Po Box 5518<br>Glen Allen, VA 23058-5518 | Vaughn A White<br>White Law Offices, PC<br>954 W. Washington Blvd.<br>Suite 625<br>Chicago, IL 60607-2211 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bmw Financial Services
Attn: Bankruptcy/Correspondence
Po Box 3608
Dublin, OH 43016

Creditors Discount & Audit Co.
Attn: Bankruptcy
415 E. Main Street
Streator, IL 61364

Illinois Department of Revenue
Bankruptcy Section, P.O. Box 19035
Springfield, IL 62794-9035


(d)Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664

Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)TLC Management Co,m As Agent for The Benef          End of Label Matrix
                                                       Mailable recipients    25
                                                       Bypassed recipients     1
                                                       Total                   26

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Travante Eubanks, | ) | No. 22-05530 |
| | ) | Judge Janet S. Baer |
| Debtors. | ) | DuPage |

## MOTION TO MODIFY PLAN PAYMENTS

NOW COMES Debtor TRAVANTE EUBANKS, by and through his attorney, Vaughn A. White, and in support of his motion to modify plan payments, states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to the parties.

2. On May 13, 2022, Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Debtor's Chapter 13 plan at Docket Number 36 was confirmed on November 18, 2022.

3. Debtor's current Chapter 13 plan payments are $663.00 per month for 36 months for a total of 23,868.00.

4. Debtor has paid at least $6,496.00 into his Chapter plan, but Debtor is now in arrears on the plan by at least two plan payments.

5. Debtor's attorney is holding an additional $533.00 and has sent these funds in the mail to the trustee on behalf of Debtor.

6. Since the confirmation of Debtor's Chapter 13 plan, debtor has incurred major expenses to his 2015 Ford Taurus in the amount of $5,513.00 in March and April of 2023. See Exhibit A, Invoices for repairs.

7. Debtor has also just been informed that his vehicle needs an additional $1,200 worth of repairs due to an oil pan leak.

8.  Since filing his case, Debtor and his spouse have moved from Naperville to Carol Stream, which is further away from Costco in Bolingbrook, where Debtor works. This has caused Debtor to spend more money on gasoline and cause more wear and tear to his older model vehicle.

9. Debtor proposes to modify his Chapter 13 plan pursuant to 11 USC § 1329 from payments over 36 months, to payments over 60 months to allow the arrearage to be paid over the course of a longer term.

10.  Debtor proposes the remaining payments on the plan to be $360 per month.

WHEREFORE, Debtor, TRAVANTE EUBANKS, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan to defer the existing default; to modify his plan to a 60 month plan with payments of $360.00 per month; and for such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Vaughn A. White
Vaughn A. White

Vaughn A. White
VW LAW LLC
Attorney for Debtor
1755 Park St. Suite 200
Naperville, IL  60563
312-888-0131
vaughn@vaughnwhite.com
ARDC # 6198291

2

EXHIBIT A

**Tuffy - Oswego**
1555 US Highway 34
Oswego, IL 60543
(630) 898-6220
oswegotuffy@gmail.com
https://www.tuffyautoswego.com/

**Invoice for RO #1497**

Service Advisor: Stacey Becherer
Date Created: 03/31/23 at 08:43 AM CDT
Client: Travonte Clark
Vehicle: 2015 Ford Taurus SEL

| Travonte Clark | 2015 Ford Taurus SEL 3.5L 6Cyl GAS | RO #1497 |
|---|---|---|
| 1101 Iroquois Avenue | Naturally Aspirated | Time-In: 03/31/23 at 08:43 AM CDT |
| Naperville, IL 60563 | VIN: 1FAHP2E88FG178009 | |
| Phone: (219) 677-3719 | License: BCQ609 | |
| Email: travonteclark@gmail.com | Color: N/A | |
| | Odometer In: 183040 / Out: 183040 | |

**Client concerns:**

- replace all 4  O2 sensors (1 warranty)

| 1 - Front Catalytic Converter & Oxygen Sensor (Warranty) RO#94382 08/05/2021 | | | TECH: R Castellanos |
|---|---|---|---|
| Labor: | Replace Left Catalytic Converter & Oxygen Sensor | | $396.03 |
| Parts: | Oxygen Sensor Downstream | 1 | $0.00 |
| | Front Catalytic Converter | 1 | $0.00 |
| ✓ Approved on 04/05/23 at 03:20 PM CDT | | | **$396.03** |

| 2 - Rear Catalytic Converter | | | TECH: R Castellanos |
|---|---|---|---|
| Labor: | Remove & Replace Right Catalytic Converter | | $360.02 |
| Part: | Rear Catalytic Converter | 1 | $625.66 |
| ✓ Approved on 04/05/23 at 03:20 PM CDT | Subtotal $985.68 + est. Tax $53.18 | | **$1,038.86** |

All products and workmanship are warranted for 24 MONTHS or 24,000 MILES from date of purchase. Warranty work for these products and services will be performed at any Tuffy Auto Service Center offering these products and services. Some exclusions apply. See store for details.

For warranty repairs more than 25 miles from this service center, call 1-866-365-9228.

*For FREE Roadside Assistance call 1-800-889-5677*

For additional information go to: www.tuffy.com

___ **I REQUEST THE RETURN OF PARTS REPLACED**      ____ **I DO NOT WANT REPLACED PARTS RETURNED TO ME**

You are entitled to the return of all parts replaced, except those too heavy or too large, and those required to be sent back to the manufacturer or

distributor because of warranty work or exchange agreement. You are entitled to inspect the parts which cannot be returned.

**THANK YOU FOR YOUR PATRONAGE TODAY AND IN THE FUTURE.**

Stacey Becherer

**STORE MANAGER**

**Total Repair Order & Signature:**

| | |
|---|---|
| Total Jobs: | $1,381.71 |
| Total Fees: | $59.95 |
| **Subtotal:** | **$1,441.66** |
| Taxes: | $53.18 |
| **Grand Total:** | **$1,494.84** |
| **BALANCE DUE:** | **$455.98** |

X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Completed Transactions | | | | | |
|---|---|---|---|---|---|
| 04/12/23 | Travonte Clark | $1,038.86 | Credit Card Payment | Visa**** | Visa |

# Tuffy - Oswego

1555 US Highway 34
Oswego, IL 60543
(630) 898-6220
oswegotuffy@gmail.com
https://www.tuffyautooswego.com/

**Invoice for RO #1497**
Service Advisor: Stacey Becherer
Date Created: 03/31/23 at 08:43 AM CDT
Client: Travonte Clark
Vehicle: 2015 Ford Taurus SEL

| | | |
|---|---|---|
| **Travonte Clark**<br>1101 Iroquois Avenue<br>Naperville, IL 60563<br>Phone: (219) 677-3719<br>Email: travonteclark@gmail.com | **2015 Ford Taurus SEL 3.5L 6Cyl GAS**<br>**Naturally Aspirated**<br>VIN: 1FAHP2E88FG178009<br>License: BCQ609<br>Color: N/A<br>Odometer In: 183809 / Out: 183809 | RO #1497<br>Time-In: 03/31/23 at 08:43 AM CDT |

**Client concerns:**

- replace all 4  O2 sensors (1 warranty)

---

**1 - Front Catalytic Converter & Oxygen Sensor (Warranty) RO#94382 08/05/2021**                                     TECH: R Castellanos

| Labor: | Replace Left Catalytic Converter & Oxygen Sensor | | $396.03 |
|---|---|---|---|
| Parts: | Oxygen Sensor Downstream - warranty part (per Ron) | 1 | $0.00 |
| | Front Catalytic Converter - warranty part (per Ron) | 1 | $0.00 |

✓ Approved on 04/05/23 at 03:20 PM CDT                                                                          **$396.03**

---

**2 - Rear Catalytic Converter**                                                                                 TECH: R Castellanos

| Labor: | Remove & Replace Right Catalytic Converter | | $360.02 |
|---|---|---|---|
| Part: | Rear Catalytic Converter | 1 | $625.66 |

✓ Approved on 04/05/23 at 03:20 PM CDT          Subtotal $985.68 + est. Tax $53.18          **$1,038.86**

---

**3 - Oxygen Sensors**                                                                                           TECH: R Castellanos

| Labor: | Remove & Replace Rear Left Oxygen Sensor | | $70.50 |
|---|---|---|---|
| | Remove & Replace Front Right Oxygen Sensor | | $88.51 |
| | Remove & Replace Rear Right Oxygen Sensor | | $88.51 |
| Parts: | Direct Fit 5-Wire A/F Sensor | 2 | $479.90 |
| | Direct Fit Oxygen Sensor | 1 | $119.99 |

✓ Approved on 04/18/23 at 11:24 AM CDT          Subtotal $847.41 + est. Tax $50.99          **$898.40**

---

All products and workmanship are warranted for 24 MONTHS or 24,000 MILES from date of purchase. Warranty work for these products and services will be performed at any Tuffy Auto Service Center offering these products and services. Some exclusions apply. See store for details.

You are entitled to the return of all parts replaced, except those too heavy or too large, and those required to be sent back to the manufacturer or

distributor because of warranty work or exchange agreement. You are entitled to inspect the parts which cannot be returned.

**For warranty repairs more than 25 miles from this service center, call 1-866-365-9228.**

**For Roadside Assistance call 1-800-889-5677**

For additional information go to: www.tuffy.com

**THANK YOU FOR YOUR PATRONAGE TODAY AND IN THE FUTURE.**

**Stacey Becherer**

**STORE MANAGER**

## Total Repair Order & Signature:

| | |
|---|---|
| Total Jobs: | $2,229.12 |
| Total Fees: | $59.95 |
| **Subtotal:** | **$2,289.07** |
| Taxes: | $104.17 |
| **Grand Total:** | **$2,393.24** |
| **BALANCE DUE:** | **$396.03** |

X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Completed Transactions

| Date | Name | Amount | Type | Card | Method |
|---|---|---|---|---|---|
| 04/28/23 | Travonte Clark | $758.35 | Credit Card Payment | Mastercard**** | Mastercard |
| 04/28/23 | Travonte Clark | $200.00 | Cash Payment | - | |
| 04/12/23 | Travonte Clark | $1,038.86 | Credit Card Payment | Visa**** | Visa |



**Tuffy - Aurora**
3190 North Aurora Road
Aurora, IL 60502
(630) 898-6688
tuffyaurora@gmail.com
https://www.tuffyaurora.com

**Invoice for RO #97755**
Service Advisor: RON MARTINEZ
Date Created: 01/13/23 at 10:55 AM CST
Client: Travonte Clark
Vehicle: 2015 Ford Taurus SEL

| | | |
|---|---|---|
| Travonte Clark<br>1101 Iroquois Avenue<br>Naperville, IL 60563<br>Phone: (219) 677-3719<br>Email: travonteclark@ymail.com | 2015 Ford Taurus SEL 3.5L 6Cyl GAS<br>Naturally Aspirated<br>VIN: 1FAHP2E88FG178009<br>License: BCQ 609<br>Color: N/A<br>Odometer In: 176315 / Out: 176315 | RO #97755<br>Time-In: 01/13/23 at 10:55 AM CST<br>Save Parts: No |

**Client concerns:**
- Engine light on
- Loud noise from exhaust
- Windshield washer pump is innop check and advise

---

**1 - ELECTRICAL SYSTEM PINPOINT TESTING & DIAGNOSIS**   TECH: M Cull

| | | |
|---|---|---|
| Labor: | - Trace electrical issue to root cause<br>- Determine cause of electrical draw<br>- Repair wires (if necessary)<br>- Test specific components not operating to manufactured specifications<br>- Research for applicable Technical Service Bulletins & manufacturer database for similar symptoms<br>- Recommend repairs based on findings (if necessary) | $150.00 |
| Discount: | credit toward repair | -$75.00 |

✓ Approved on 01/13/23 at 02:31 PM CST     **$75.00**

---

**2 - Purge valve solenoid**   TECH: M Cull

| | | | |
|---|---|---|---|
| Labor: | Remove & Replace EVAP Purge Control Solenoid | | $149.99 |
| Part: | Canister Purge Valve | 1 | $99.96 |

✓ Approved on 01/13/23 at 02:31 PM CST     Subtotal $249.95 + est. Tax $8.25     **$258.20**

---

**3 - Flex pipe/Y-pipe assembly needs to be replaced**   TECH: M Cull

| | | | |
|---|---|---|---|
| Labor: | Remove & Replace Exhaust Pipe | | $299.99 |
| Parts: | Exhaust Clamp | 2 | $11.99 |
| | Exhaust Gasket | 2 | $23.99 |
| | flex pipe | 1 | $103.90 |

✓ Approved on 01/13/23 at 02:31 PM CST     Subtotal $475.85 + est. Tax $14.51     **$490.36**

---

**4 - BATTERY INSTALLATION (Standard)**   TECH: M Cull

| | | | |
|---|---|---|---|
| Labor: | - Remove & Replace Battery<br>- Dispose of Old Battery | | $28.00 |
| Part: | Vehicle Battery - Gold | 1 | $249.99 |

✓ Approved on 01/13/23 at 02:31 PM CST     Subtotal $277.99 + est. Tax $20.62     **$298.61**

---

**5 - Engine Belt**   TECH: M Cull

| | | | |
|---|---|---|---|
| Labor: | Remove & Replace Drive Belt | | $140.00 |
| Part: | Serpentine Belt | 1 | $73.72 |

✓ Approved on 01/13/23 at 02:31 PM CST     Subtotal $213.72 + est. Tax $6.08     **$219.80**

---

| 6 – Wiper both front | | | TECH: M Cull |
|---|---|---|---|
| Parts: | Wiper Blade | 1 | $24.95 |
| | Wiper Blades | 1 | $24.95 |
| ✓ Approved on 01/13/23 at 02:31 PM CST | | Subtotal $49.90 + est. Tax $4.12 | **$54.02** |

| 7 – Air Filter | | | TECH: M Cull |
|---|---|---|---|
| Part: | Air Filter | 1 | $24.95 |
| ✓ Approved on 01/13/23 at 02:31 PM CST | | Subtotal $24.95 + est. Tax $2.06 | **$27.01** |

| 8 – Cabin Filter | | | TECH: M Cull |
|---|---|---|---|
| Part: | Cabin Air Filter | 1 | $24.95 |
| ✓ Approved on 01/13/23 at 02:31 PM CST | | Subtotal $24.95 + est. Tax $2.06 | **$27.01** |

| 9 – VS-BRAKE FLUID EXCHANGE (DOT 3/4) | | | TECH: M Cull |
|---|---|---|---|
| Labor: | - Perform full brake fluid exchange<br>- Inspect brake system for leaks, corrosion, & damaged components<br>- Apply safe & effective Brake Stop Squeal to brake system to help reduce brake noise & extend pad life<br>- Test Drive vehicle | | $119.00 |
| Part: | Brake Fluid Dot 3 & Dot 4 | 1    $39.99 | |
| ✓ Approved on 01/13/23 at 02:31 PM CST | | Subtotal $160.99 + est. Tax $3.46 | **$164.45** |

| RO Discounts | | |
|---|---|---|
| Discount: | v.i.p | -$50.00 |
| | Subtotal | **-$50.00** |

All products and workmanship are warranted for 24 MONTHS or 24,000 MILES from date of purchase. Warranty work for these products and services will be performed at any Tuffy Auto Service Center offering these products and services. Some exclusions apply. See store for details.

For warranty repairs more than 25 miles from this service center, call 1-866-365-9228.

**For FREE Roadside Assistance call 1-800-889-5677**

For additional information go to: www.tuffy.com

____ I REQUEST THE RETURN OF PARTS REPLACED          ____ I DO NOT WANT REPLACED PARTS RETURNED TO ME

You are entitled to the return of all parts replaced, except those too heavy or too large, and those required to be sent back to the manufacturer or distributor because of warranty work or exchange agreement. You are entitled to inspect the parts which cannot be returned.

**THANK YOU FOR YOUR PATRONAGE TODAY AND IN THE FUTURE.**

**Frank Muto**

**STORE MANAGER**

Tuffy - Aurora - RO# 97755

|  |  |
|---|---|
| Total Jobs: | $1,626.30 |
| Total Fees: | $61.95 |
| Discounts: | -$125.00 |
| Subtotal: | $1,563.25 |
| Taxes: | $61.98 |
| Grand Total: | $1,625.23 |
| BALANCE DUE: | $0.00 |

## Total Repair Order & Signature:

✔ PAID

X _____

### Completed Transactions

| 01/13/23 | Travonte Clark | $1,625.23 | Credit Card Payment | Mastercard**** 3908 | Mastercard |
|---|---|---|---|---|---|

## Declined Jobs:

### 1 - windshield washer pump

| ✗ Declined on 01/13/23 at 04:15 PM CST | Subtotal $226.68 + est. Tax $7.07 | $233.75 |
|---|---|---|

*Per Ron 199.⁹⁹ +Tax*
*—JB*