UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  Case Number: 22-05530
  )
TRAVONTE EUBANKS  )  Chapter: 13
  )
  )  Honorable Janet S. Baer
  )
  )  DuPage
Debtor(s)  )

### ORDER GRANTING MOTION TO OBTAIN CREDIT / INCUR DEBT

THIS CAUSE coming to be heard on the motion of the Debtor for entry of an order allowing the Debtor to obtain credit / incur debt;

IT IS HEREBY ORDERED THAT:

The Debtor is permitted to incur additional financing in the amount of $27,408.08 for the purchase of a used 2019 Jeep Renegade, with monthly payments in the approximate amount of $750.00 for a term of 72 months. The interest rate shall not exceed 25.24%.

Enter: /s/ Janet S. Baer

Dated: February 23, 2024                    United States Bankruptcy Judge

**Prepared by:**

Vaughn White
VW LAW LLC
1755 Park St., Suite 200
Naperville, IL 60563
312-888-0131
vaughn@vaughnwhite.com